ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
SUSANNA MARTINEZ
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
susanna.martinez@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States America, | CR 17-00291-TUC-RCC (LAB) |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| vs. | Violations: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(D) |
| Angelica Alvarado, | (Conspiracy to Possess with Intent to Distribute Less than 50 Kilograms of Marijuana)<br>**FELONY** |
| Defendant. | |

THE UNITED STATES ATTORNEY ALLEGES:

Beginning at a time unknown, to on or about February 3, 2017, at or near the West Desert Corridor, in the District of Arizona, **Angelica Alvarado,** did knowingly and intentionally conspire, confederate and agree with other persons known and unknown, to possess with intent to distribute Less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

5-19-17
Date

*[signature]* for AR
ADAM ROSSI and/or SUSANNA MARTINEZ
Assistant U.S. Attorney